IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01584-PAB-MEH

JEREMY NECHOL DENISON,

      Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Utilization Mgmt Comm.,
JILL LAMPELA, CSP HSA,
NEAL LOUSBERG, CSP Medical Provider,
RICHARD HODGE, CSP Medical Provider,
MARK WIENPAL, CSP Medical Provider,
KATHLEEN BOYD, CSP Medical Provider, and
JOSEPH WRIGHT, CSP Medical Provider,

      Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on January 17, 2014**.

      Defendant Wright's Request [Motion] to Join Motion for Extension of Time to File Response to Complaint filed by Defendants Lampela, Lousberg, Hodge, Boyd and Wienpal [filed January 16, 2014; docket #39] is **granted**. Defendant Wright shall file an answer or other response to the Complaint on or before February 3, 2014.