IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01584-PAB-MEH

JEREMY NECHOL DENISON,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Utilization Mgmt Comm.,
JILL LAMPELA, CSP HSA,
NEAL LOUSBERG, CSP Medical Provider,
RICHARD HODGE, CSP Medical Provider,
MARK WIENPAL, CSP Medical Provider,
KATHLEEN BOYD, CSP Medical Provider, and
JOSEPH WRIGHT, CSP Medical Provider,

    Defendants.

---

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on April 4, 2014**.

    Defendants' Motion to Conduct Deposition of Incarcerated Inmate Plaintiff [filed April 3, 2014; docket #60] is **granted**. Defendants may take the deposition of inmate Plaintiff Jeremy Denison pursuant to Fed. R. Civ. P. 30(a)(2)(B).