IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01584-PAB-MEH

JEREMY NECHOL DENISON,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Utilization Mgmt Comm.,
NEAL LOUSBERG, CSP Medical Provider, and
KATHLEEN BOYD, CSP Medical Provider,

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on October 9, 2014**.

    For exceptional cause shown, Defendants' Motion for Extension of Discovery Cutoff for the Limited Purpose of Deposing Plaintiff [filed October 8, 2014; docket #83] is **granted**. The Scheduling Order in this case is modified as follows:

Discovery cutoff:                October 31, 2014

All other deadlines and conference dates shall remain the same. The Court will grant no further extensions of this deadline absent a showing of exceptional cause.