IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01584-PAB-MEH

JEREMY NECHOL DENISON,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Utilization Mgmt Comm.,
NEAL LOUSBERG, CSP Medical Provider,
KATHLEEN BOYD, CSP Medical Provider, and

    Defendants.

_____

**ORDER**
_____

    This matter comes before the Court on the Motion Requesting Order for Settlement Hearing [Docket No. 86], filed by plaintiff Jeremy Nechol Denison. The plaintiff is pro se. The Court construes the motion as a request pursuant to Local Rule 16.6(a) for the Court to authorize the assigned magistrate judge to conduct a settlement conference in this case. Mr. Denison is currently a prisoner being housed in the Arkansas Valley Correctional Facility of the Colorado Bureau of Prisons.

    Both the state defendants and defendant Correctional Health Partners have indicated that their willingness to participate in settlement negotiations facilitated by the magistrate judge is dependent upon their evaluation of an initial written settlement offer by Mr. Denison. See Docket Nos. 88 and 89. In light of that fact, it is

    ORDERED that plaintiff Jeremy Nechol Denison may send an initial written settlement offer to defendants on or before November 20, 2014. It is further

ORDERED that, on or before December 1, 2014, defendants shall notify the Court whether they are willing to participate in a settlement conference with the assigned magistrate judge. It is further

ORDERED that the Court will not rule on plaintiff's Motion Requesting Order for Settlement Hearing [Docket No. 86] until on or after December 1, 2014.

DATED November 7, 2014.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge