IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01584-PAB-MEH

JEREMY NECHOL DENISON,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Utilization Mgmt Comm.,
NEAL LOUSBERG, CSP Medical Provider, and
KATHLEEN BOYD, CSP Medical Provider,

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on December 9, 2014**.

    For good cause shown, Defendant Lousberg and Boyd's Motion for Leave to Exceed Page Limitations on Motion for Summary Judgment [filed December 5, 2014; docket #104] is **granted**. The Court will accept the Defendants' motion as filed at docket #103.