IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01584-PAB-MEH

JEREMY NECHOL DENISON,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Utilization Mgmt Comm.,
NEAL LOUSBERG, CSP Medical Provider, and
KATHLEEN BOYD, CSP Medical Provider,

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on March 19, 2015.**

    Defendants' Joint Motion to Strike Plaintiff's Response to Summary Judgment Motions [filed March 18, 2015; docket #123] is **denied**. Defendants' motion was filed after the Court had already reviewed Plaintiff's response brief and found that it raised no genuine issues of material fact regarding any remaining claims against the Defendants. *See* Report and Recommendation, March 18, 2015, footnote 2. Therefore, mindful that courts generally view motions to strike with disfavor and that striking Plaintiff's response here is unnecessary, the Court will deny the Defendants' request.